FILED

# UNITED STATES DISTRICT COURT

2024 SEP 10 AM 10: 30

for the

U.S. DISTRICT COURT
MIDDLE DISTRICT OF TN

_____ District of _____

_____ Division

Richeena Okojie

*Plaintiff(s)*

*(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

-v-

M. Allen, E. Lopez  Sheriff's Office Booking

*Defendant(s)*

*(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names. Do not include addresses here.)*

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

Case No. _____

*(to be filled in by the Clerk's Office)*

Jury Trial: *(check one)* ☑ Yes ☐ No

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
(Non-Prisoner Complaint)

### NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

Case 3:24-cv-01089    Document 1    Filed 09/10/24    Page 1 of 6 PageID #: 1

## I.    The Parties to This Complaint

### A.    The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint.  Attach additional pages if needed.

Name ~~[redacted]~~ Richeena Okojie

Address 1066 West Sharpe Ave

Nashville      TN      37206
*City*          *State*          *Zip Code*

County     Nashville, TN.     37206

Telephone Number

E-Mail Address     richeenaokojie@yahoo.Con

### B.    The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation.  For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both.  Attach additional pages if needed.

Defendant No. 1

Name     M. Allen

Job or Title *(if known)*     Booking Officer

Address     200 James Robertson Pkwy

Nashville     TN.     37201
*City*          *State*          *Zip Code*

County     Davidson

Telephone Number     (615) 862-8224

E-Mail Address *(if known)*

☑ Individual capacity     ☑ Official capacity

Defendant No. 2

Name     E. Lopez

Job or Title *(if known)*     Booking Officer

Address     200 James Robertson Pkwy

Nashville     TN     37201
*City*          *State*          *Zip Code*

County     Davidson

Telephone Number     (615) 862-8224

E-Mail Address *(if known)*

☑ Individual capacity     ☑ Official capacity

Defendant No. 3

Name                                   Hill

Job or Title *(if known)*    Booking Officer

Address                             200 James Robertson Pkwy

Nashville                    TN.          37201

         *City*      *State*     *Zip Code*

County                              Davidson

Telephone Number         (6U).862-8224

E-Mail Address *(if known)*

☑ Individual capacity  ☑ Official capacity

Defendant No. 4

Name

Job or Title *(if known)*

Address

         *City*      *State*     *Zip Code*

County

Telephone Number

E-Mail Address *(if known)*

☐ Individual capacity  ☐ Official capacity

## II. Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971)*, you may sue federal officials for the violation of certain constitutional rights.

A. Are you bringing suit against *(check all that apply)*:

  ☐ Federal officials (a *Bivens* claim)

  ☑ State or local officials (a § 1983 claim)

B. Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

My freedom of religion, freedom of speech, freedom from cruel and unusual punishments, right to privacy. Civil rights - protection from unlawful discrimination, freedom to worship as we Choose.

C. Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

N/A

D. Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed.

Booking officer M. Allen forcibly removed my hijab that I wear in service to my religion. She also mocked me practicing my religion and she mocked my religion itself, thereby discriminating against me. E. Lopez also discriminated against me by having me pepper sprayed after I exercised my freedom of speech within the jail. Also due to my exercising my freedom of speech she sought to put me in solitary confinement and she initiated the jailed booking abuse.

III. **Statement of Claim**

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

Booking officer Hill on a separate occasion discriminated against me after I exercised my freedom of speech and she placed me in solitary confinement for more than 7 hours. experienced

A. Where did the events giving rise to your claim(s) occur?

The events occurred at the downtown jail in the booking area in full view of men.

B. What date and approximate time did the events giving rise to your claim(s) occur?

The events occurred on August 26, 2024 around 11 or 12 that day.

C. What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*

I was attacked by the booking officers while being led to a cell and they all jumped on me, pepper sprayed me and M. Allen (booking officer) snatched my hijab (religious covering) off my head. Made a disparaging remark about my religion and then mocked me after its removal. E. Lopez iniated this abuse. All the men in booking at the time Saw this take place. It happened right in front of them. I was also being punished for speaking out and asking questions. For that I was put in solitary confinement.

Case 3:24-cv-01089   Document 1   Filed 09/10/24   Page 4 of 6 PageID #: 4

## IV.    Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

I sustained a left Knee injury that continues to bother me and my right eye was injured I recieved no medical treatment in the jail.

## V.    Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims.

I want the court to award a monetary sum in the amount I am asking. For the indignity, humiliation, and disrespect shown to myself and my religion on that day. The violation of my constitutional and civil rights. I would like punitive damages awarded so that officers in the future will not do something like this again and so that in some measure I may be made whole.

## VI.    Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.    For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:     9-10-24

Signature of Plaintiff

Printed Name of Plaintiff     Richeena Okojie

### B.    For Attorneys

Date of signing:     _____

Signature of Attorney     _____

Printed Name of Attorney     _____

Bar Number     _____

Name of Law Firm     _____

Address     _____

|  | City | State | Zip Code |
|---|---|---|---|

Telephone Number     _____

E-mail Address     _____